484 S.E.2d 170

**Phillip Deangelo HARRIS, Jr., Appellant,**

v.

**COMMONWEALTH of Virginia, Appellee.**

**Record No. 1952–95–2.**

Court of Appeals of Virginia.

April 22, 1997.

Patricia P. Nagel, Assistant Public Defender (David J. Johnson, Public Defender, on brief), for appellant.

Margaret Ann B. Walker, Assistant Attorney General (James S. Gilmore, III, Attorney General, on brief), for appellee.

Before BENTON, COLEMAN, WILLIS, ELDER, BRAY, FITZPATRICK, ANNUNZIATA and OVERTON, JJ.

Upon a Rehearing En Banc

In *Harris v. Commonwealth,* 23 Va.App. 311, 477 S.E.2d 3 (1996), a majority of a panel of the Court reversed the judgment of the trial court. The Commonwealth's petition for rehearing *en banc* was granted and heard on March 20, 1997. For the reasons stated in the panel's majority opinion, the majority reverses the decision of the trial court. Accordingly, the stay of this Court's October 15, 1996 mandate is lifted.

WILLIS, FITZPATRICK and OVERTON, JJ., would affirm the judgment of the trial court for the reasons stated in the dissenting opinion of the original panel decision.

This order shall be published and certified to the trial court.